J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, | Case No. C09-5166 SC |
| Plaintiff, | REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| Claude Marku, an individual and d/b/a www.nikknak.com and Does 1 through 10, inclusive, | |
| Defendants. | |

PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby requests as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter for February 19, 2010, at 10:00 a.m.;

WHEREAS Defendant has not yet been properly served with Summons and Complaint;

WHEREAS Plaintiff served Defendant by certified mail in or about November 2009 but received an unsigned return receipt;

WHEREAS counsel for Defendant first contacted Plaintiff on or about December 7, 2009, and agreed to a waiver of service, but Plaintiff has not received the signed waiver back from Defendant's counsel or heard from Defendant or his counsel since that initial communication, despite several follow-up attempts;

WHEREAS Plaintiff has re-sent service to Defendant by certified mail and is awaiting the return receipt;

WHEREAS Plaintiff anticipates proceeding with default, due to Defendant's lack of communication, once proper service has been effected;

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, Plaintiff requests that the Case Management Conference in the above captioned matter be continued until June 18, 2010, or a date thereafter acceptable to the Court.

Dated: January 26, 2010                J. Andrew Coombs, A Professional Corp.


By: ___/s/ Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED that the Case Management Conference set for February 19, 2010 is continued to Wednesday, June 16, 2010 at 10:00 a.m.

DATED: __January 27__, 2010

_____
Samuel Conti
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*