| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
|   | andy@coombspc.com |
| 2 | Nicole L. Drey (SBN 250235) |
|   | nicole@coombspc.com |
| 3 | J. Andrew Coombs, A Prof. Corp. |
|   | 517 East Wilson Avenue, Suite 202 |
| 4 | Glendale, California 91206 |
|   | Telephone: (818) 500-3200 |
| 5 | Facsimile: (818) 500-3201 |
| 6 | Attorneys for Plaintiff Adobe |
|   | Systems Incorporated |
| 7 | |
| 8 | Claude Marku, an individual and |
|   | d/b/a www.nikknak.com |
|   | 797 Cornwall Ave. |
| 9 | Malverne, New York 11565 |
| 10 | Defendant, *in pro se* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| Adobe Systems Incorporated, | ) | Case No. C09-5166 SC |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| | ) | |
| Claude Marku, an individual and d/b/a www.nikknak.com and Does 1 through 10, inclusive, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., and Defendant Claude Marku, an individual and d/b/a www.nikknak.com, *in pro se*, hereby stipulate and request as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter for June 16, 2010, at 10:00 a.m.;

WHEREAS Defendant was served with Summons and Complaint on or about February 18, 2010;

WHEREAS Defendant has not yet filed an answer with the Court;

Adobe v. Marku: Stip to Cont. CMC         - 1 -

WHEREAS Defendant had difficulty in obtaining certain disclosures necessary to engage in meaningful settlement discussions such that production was not completed until May 12, 2010;

WHEREAS Plaintiff's counsel was out of the office for most of the time between May 14, 2010, and June 1, 2010;

WHEREAS Plaintiff has issued a settlement demand as of June 4, 2010, which has been taken under consideration by Defendant;

WHEREAS Plaintiff and Defendant are optimistic about the prospect of settlement without further court involvement;

WHEREAS the Parties will not seek another extension of the Case Management Conference; and

NOW, THEREFORE, Plaintiff and Defendant stipulate and request that the Case Management Conference in the above captioned matter be continued until September 17, 2010, ~~or a date thereafter acceptable to the Court~~, at 10:00 a.m., in Courtroom 1 – 17th Floor of the U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA, 94102.

Dated: June 11, 2010

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: 6/10, 2010

Claude Marku, an individual and d/b/a www.nikknak.com

By: _____
Claude Marku, an individual and d/b/a www.nikknak.com
Defendant, *in pro se*

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: June 11, 2010

_____
Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 11, 2010, I served on the interested parties in this action with the:

- **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Claude Marku, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Claude Marku, an individual and d/b/a<br>www.nikknak.com<br>797 Cornwall Ave.<br>Malverne, New York 11565 | *Courtesy Copy:*<br>Robert LaGarenne<br>Spiegel & LaGarenne, LLP<br>87-16 Woodhaven Blvd.<br>Woodhaven, NY 11421 |
|---|---|

Place of Mailing: Glendale, California
Executed on June 11, 2010, at Glendale, California.

_____
Nicole L. Drey